UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Karen Bostek,                                               Case No. 3:16-cv-2416

        Plaintiff

v.                                                          ORDER

Norfolk Southern Railway Company,

        Defendant

On November 13, 2019, I conducted a global telephone status conference on this case and related matter, *Bostek v. Norfolk Southern Railway Company*, No. 16-cv-843. During the conference, trial was scheduled on the related matter.

So Ordered.

                                          s/ Jeffrey J. Helmick
                                          United States District Judge