IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **KAREN BOSTEK,** | ) | **CASE NO: 3:16-cv-02416-JJH** |
| Plaintiff, | ) ) ) | **JUDGE JEFFREY J. HELMICK** |
| v. | ) ) ) | |
| **NORFOLK SOUTHERN RAILWAY COMPANY,** | ) ) ) | **STIPULATION FOR DISMISSAL** |
| Defendant. | ) | |

The parties hereby stipulate that this matter may be marked "settled and dismissed with prejudice, each party to bear its own costs" and that the Court may enter an order accordingly, notice by the Clerk being hereby waived.

The court retains jurisdiction to enforce the settlement.

**IT IS SO ORDERED**

_____
Judge Jeffrey J. Helmick

**Approved**:

 */s/ Benjamin J. Wilensky*
Arvin J. Pearlman (PHV)
Benjamin J. Wilensky
*Attorneys for Plaintiff*


 */s/ Sheila A. McKeon*
Sheila A. McKeon (0012067)
Jason G. Marsico (PHV)
*Attorneys for Defendant*